371 A.2d 245
Commonwealth ex rel. Gibbs, Appellant,
v. Gibbs.

Sub-mitted March 22, 1976.   Edward D. Foy, Jr., and Lie-derbach, Eimer, Foy & Hahn, for appellant;  Charles S. Silver, for appellee.

The case is remanded for a further hearing pursuant to a request from the court below.

371 A.2d 246
Commonwealth ex rel. Harbold,
Appellant, v. Hewitt.

 Submitted April 2, 1976.   Joseph W. Mullin, Public Defender, for appellant;  Francis R. Filipi, for appellee.

Order affirmed.